Office of the Clerk                    19,831-03
Texas Court of Criminal Appeal
P.O. Box 12308
                                    May 22nd 2015
Austin, Texas - 78711

Re: Coping of Habeas
                Corpus - filed.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 28 2015

Abel Acosta, Clerk

Dear Clerk,

I'm in serious need for a copy of

the Petition for Habeas Corpus that was

sent from Hunt County under

Tr. Ct. No. 08309

That now has a docket number of:

WR-19,831-03

Please,
        Thank you...
                                    #1243617

Mr. Steven W. Quick
#1243617
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Texas - 77705